## United States Bankruptcy Court
### Northern District of Georgia

In re  **Jeffrey David Colopy**  
Debtor(s)

Case No.  
Chapter  **7**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Jeffrey David Colopy** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **July 27, 2022**

Signature  **/s/ Jeffrey David Colopy**  
**Jeffrey David Colopy**  
Debtor